# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| GARY LITTLE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. CIV 07-177-RAW-SPS |
| JUSTIN JONES, et al., | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff appealed the court's dismissal of this civil rights action, and the Tenth Circuit Court of Appeals reversed and remanded for further proceedings concerning his claim to a vegan diet as part of his religious practices. *Little v. Jones*, 607 F.3d 1245, 1250 (10th Cir. 2010). The defendants are directed to file within twenty (20) days a response to the remand on this issue. Plaintiff is granted twenty days to file a reply to the defendants' response, if appropriate.

**IT IS SO ORDERED** this 18th day of August 2010.

**Dated this 18th Day of August 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0