IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
JUL 1 3 2011
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| GARY LITTLE, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV 07-177-RAW-SPS |
| JUSTIN JONES, et al., | ) |
| Defendants. | ) |

## OPINION AND ORDER

Plaintiff has filed a motion for recusal of the District Judge and the Magistrate Judge in this case [Docket No. 109]. He alleges the judges are "showing personal bias and prejudice concerning the Plaintiff, by denying Plaintiff numerous requests in Plaintiff's proceedings but [g]ranting every request that the defendants have filed." He also asserts this court has a "reputation" of biased decisions concerning pro se litigants, and the defendants are being allowed to argue facts that already were addressed by the Tenth Circuit Court of Appeals. Plaintiff further questions whether the District Judge could "overlook" decisions made by the Magistrate Judge.

Plaintiff has not pointed to any act or speech by the District Judge or Magistrate Judge that actually indicates bias, prejudice, or the appearance of impropriety. *See Mitchell v. Maynard*, 80 F.3d 1433, 1450 (10th Cir. 1996) (noting even appearance of impropriety must be avoided). To the extent plaintiff is relying on adverse rulings to show bias, "adverse rulings against a litigant cannot in themselves form the appropriate grounds for disqualification." *Green v. Dorrell*, 969 F.2d 915, 919 (10th Cir. 1992), *cert. denied*, 507 U.S. 940 (1993).

**ACCORDINGLY,** plaintiff's motion for recusal [Docket No. 109] is DENIED.

**IT IS SO ORDERED** this 13th day of July 2011.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE