IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

GARY LITTLE,

    Plaintiff,

v.

    No. CIV 07-177-RAW-SPS

JUSTIN JONES, et al.,

    Defendants.

## OPINION AND ORDER

On March 29, 2012, plaintiff was granted leave to file a second amended complaint to add requests for nominal and punitive damages and to set forth more clearly his alleged injuries [Docket No. 144 at 12]. The court subsequently granted him an extension of time until May 23, 2012, to submit his second amended complaint [Docket No. 146], but he has not filed the pleading. According to the Oklahoma Department of Corrections website at http://www.doc.state.ok.us/, plaintiff was discharged from custody on May 18, 2012.

Plaintiff has failed to advise the court of his current address, as required by Local Civil Rule 5.5(a). Therefore, this action is dismissed without prejudice for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED this 2nd day of October 2012.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE